```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 01658
   SHIRLEY A NEASMAN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9015


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/23/2006 and was confirmed 04/12/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/31/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID

--------------------------------------------------------------------------------
DRIVE FINANCIAL SVC        SECURED            11843.59       3624.66       1102.74
ADVOCATE CHRIST MEDICAL    UNSECURED         NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED            184.03          .00           .00
COMED                      UNSECURED         NOT FILED          .00           .00
DRIVE FINANCIAL SERVICES   UNSECURED         NOT FILED          .00           .00
NATIONAL QUICK CASH        UNSECURED         NOT FILED          .00           .00
OAKLAWN RADIOLOGY IMAGIN   UNSECURED         NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED           7424.43          .00           .00
ROBERT J SEMRAD & ASSOC    UNSECURED           4001.40          .00           .00
US AUTO TITLE LENDERS      SECURED NOT I      3641.62          .00           .00
ASSET ACCEPTANCE CORP      UNSECURED            795.21          .00           .00
TIMOTHY K LIOU             UNSECURED           6056.78          .00           .00
ADVOCATE MSO SERVICES      UNSECURED         NOT FILED          .00           .00
HSBC                       UNSECURED            761.60          .00           .00
ILLINOIS DEPT OF HUMAN S   UNSECURED           5987.69          .00           .00
ECAST SETTLEMENT CORP      UNSECURED             85.00          .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY       2,300.00                         .00
TOM VAUGHN                 TRUSTEE                                         272.60
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  5,000.00

PRIORITY                                              .00
SECURED                                          1,102.74
   INTEREST                                      3,624.66
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               272.60

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 01658 SHIRLEY A NEASMAN
```

```
DEBTOR REFUND                                                          .00
                                       ---------------       ---------------
TOTALS                                       5,000.00              5,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/25/08                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE